GEORGE W. ELLIS, Appellant, *v.* THEODORE HOUSTON et al., as Receivers, etc., Respondents.

(Argued October 25, 1889; decided November 26, 1889.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 11, 1889, which set aside a verdict in favor of plaintiff and granted a new trial.

*E. Countryman* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.